

ORDERED in the Southern District of Florida on July 2, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                          Case No.: 23-11676-PDR
JERRY PEREZ,                                                          Chapter 7

_____Debtor._____/

**ORDER GRANTING DEBTOR'S EX-PARTE**
**MOTION TO DELAY DISCHARGE [DE #31]**

**THIS MATTER** came before the Court on an Ex-Parte Basis, on the *Debtor's Motion to Delay Discharge* (DE #31; the "Motion"). With the Court having reviewed the content of the Motion, the Court file in this case, and for good cause shown, it is

**ORDERED** that:

1.      The Motion To Delay Discharge is **GRANTED.**

2.      The request for the Delay of Discharge is GRANTED for thirty (30) days from the date of the entry of this order to enable the Debtor and Creditor, Compass Financial Federal Credit Union, to file a Reaffirmation Agreement for the Debtor's 2017 Nissan Altima, VIN

#1N4AL3AP1HN342537 ("Vehicle").

3.    In the event that said Reaffirmation Agreement is not filed by the deadline listed in this order, the Order of Discharge shall be entered.

###

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*